GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas NV 89107
Telephone: (702) 258-8200
Facsimile: (702) 258-8787
E-mail: almcconnell@tblaw.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES F. WEBSTER, an Individual, and OKSANA WEBSTER, an Individual,<br><br>                Plaintiffs,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION et al.,<br><br>                Defendants, | Case No.: 2:12-cv-01482-RCJ-PAL |

### STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

It is hereby Stipulated and Agreed, by and between Plaintiffs James F. Webster and Oksana Webster and Defendant National Default Servicing Corporation, by and through their respective attorneys of record, that this action, insofar as it pertains to

///
///
///
///
///
///
///

1

Defendant National Default Servicing Corporation, shall be dismissed, each party to bear its own attorney's fees and costs.

DATED this 1st day of ___August___, 2013.

**TIFFANY & BOSCO, P.A.**                    **JOHN PETER LEE, LTD.**

Gregory L. Wilde, Esq.                       John Peter Lee, Esq.
Nevada Bar No. 4417                          Nevada Bar No. 1768
Kevin S. Soderstrom, Esq.                    830 Las Vegas Boulevard South
Nevada Bar No. 10235                         Las Vegas, NV 89101
212 S. Jones Boulevard                       Attorney for Plaintiffs
Las Vegas, NV 89107
Attorney for Defendant
National Default Servicing Corporation

## ORDER

**IT IS SO ORDERED.**

DATED this 8th day of August, 2013.

UNITED STATES DISTRICT JUDGE

TIFFANY & BOSCO, P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this __1__ day of __August__, 2013, I electronically transmitted the above STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

_____
An employee of Tiffany & Bosco, P.A.

TIFFANY & BOSCO, P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3