GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas NV 89107
Telephone: (702) 258-8200
Facsimile: (702) 258-8787
E-mail: almcconnell@tblaw.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES F. WEBSTER, an Individual, and OKSANA WEBSTER, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION et al.,<br><br>Defendants, | Case No.: 2:12-cv-01482-RCJ-PAL |

## STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

It is hereby Stipulated and Agreed, by and between Plaintiffs James F. Webster and Oksana Webster and Defendant National Default Servicing Corporation, by and through their respective attorneys of record, that this action, insofar as it pertains to

///
///
///
///
///
///
///
///

1

Defendant National Default Servicing Corporation, shall be dismissed, each party to bear its own attorney's fees and costs.

DATED this 1st day of August, 2013.

| TIFFANY & BOSCO, P.A. | JOHN PETER LEE, LTD. |
|---|---|
| /s/ Gregory L. Wilde | /s/ John Peter Lee |
| Gregory L. Wilde, Esq. | John Peter Lee, Esq. |
| Nevada Bar No. 4417 | Nevada Bar No. 1768 |
| Kevin S. Soderstrom, Esq. | 830 Las Vegas Boulevard South |
| Nevada Bar No. 10235 | Las Vegas, NV 89101 |
| 212 S. Jones Boulevard | Attorney for Plaintiffs |
| Las Vegas, NV 89107 | |
| Attorney for Defendant | |
| National Default Servicing Corporation | |

## ORDER

**IT IS SO ORDERED.**

DATED this 8th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___1___ day of ___August___, 2013, I electronically transmitted the above STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

_____
An employee of Tiffany & Bosco, P.A.

TIFFANY & BOSCO, P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787